# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW GOLDBERGER, | Case No. 2:16-cv-01884-RFB-NJK |
| Plaintiff, | ORDER |
| vs. | |
| SMARTCAREOS, LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' stipulation for an extension of time for Defendants Smartcareos, LLC, Smart Tuition Holdings, LLC, and Lyrical Partners, L.P. to respond to Plaintiff's complaint. Docket No. 10. The stipulation does not state the reasons for the extension requested. *See* Local Rule IA 6-1(a).

Accordingly, the Court hereby **DENIES** the parties' stipulation, Docket No. 10, without prejudice.

IT IS SO ORDERED.

Dated: September 12, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge