# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW GOLDBERGER, | |
| Plaintiff(s), | Case No. 2:16-cv-01884-RFB-NJK |
| vs. | ORDER |
| SMARTCARE OS, LLC, | |
| Defendant(s). | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 23, 2016, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: November 18, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge