# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW GOLDBERGER, | Case No. 2:16-cv-01884-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| SMARTCARE OS, LLC, et al., | (Docket No. 24) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to stay discovery. Docket No. 24. The Court already addressed the issues raised in this motion in its prior order. *See* Docket Nos. 22, 26.

Accordingly, the Court hereby **DENIES** Plaintiff's motion to stay discovery (Docket No. 24) as moot.

IT IS SO ORDERED.

DATED: December 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge