# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREW GOLDBERGER,

        Plaintiff,

vs.

SMARTCARE OS, LLC, et al.,

        Defendants.

Case No. 2:16-cv-01884-RFB-NJK

ORDER

    Pending before the Court is Defendants' motion to stay discovery, filed on an emergency basis. Docket No. 30. A response shall be filed no later than March 8, 2017. Any reply shall be filed no later than March 10, 2017.

    IT IS SO ORDERED.

    DATED: February 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge