Aaron D. Shipley (NSBN 8258)
Rory T. Kay (NSBN 12416)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
ashipley@mcdonaldcarano.com
rkay@mcdonaldcarano.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW GOLDBERGER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SMARTCAREOS, LLC, a Delaware limited liability company; SMART TUITION HOLDINGS, LLC, a Delaware limited liability company; LYRICAL PARTNERS, L.P., a Delaware limited partnership; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01884-RFB-NJK<br><br>**JURISDICTIONAL DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(APPLICABLE TO LYRICAL PARTNERS, L.P.)**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(3), and the Court's ruling during the June 23, 2017 hearing on Defendants' Motion to Dismiss (Dkt. No. 14), plaintiff Andrew Goldberger ("Plaintiff") and defendants SmartCareOS, LLC, Smart Tuition Holdings, LLC and Lyrical Partners, L.P. (collectively, "Defendants"), through their respective undersigned counsel, hereby submit this Jurisdictional Discovery Plan and Scheduling Order.

1. During the June 23, 2017 hearing on Defendants' Motion to Dismiss (Dkt. No. 14) the Court granted Plaintiff 90 days in which to conduct discovery limited to whether the court has personal jurisdiction over defendant Lyrical Partners, L.P. based on Plaintiff's alter ego allegations in this case ("Jurisdictional Discovery").

2. The Jurisdictional Discovery will be completed on or before **September 21, 2017**.

3. Following the cutoff of the Jurisdictional Discovery deadline, Defendants may renew their motion to dismiss Plaintiff's claims against Lyrical Partners, L.P. for lack of jurisdiction by **October 2, 2017**. If Defendants choose not to renew their motion to dismiss, Lyrical Partners, L.P. will be required to file an answer to the Complaint by **October 2, 2017**.

4. Should the Court determine that it has personal jurisdiction over Lyrical Partners, L.P., the Revised Discovery Plan and Scheduling Order (Dkt # __) shall apply to Lyrical Partners, L.P.

DATED this 10th day of July, 2017.

| McDONALD CARANO LLP | BAILEY KENNEDY |
|---|---|
| /s/ Aaron D. Shipley | /s/ Paul C. WIlliams |
| Aaron D. Shipley, Esq.<br>Rory T. Kay, Esq.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>ashipley@mcdonaldcarano.com<br>rkay@mcdonaldcarano.com<br>*Attorneys for Plaintiff* | John R. Bailey, Esq.<br>Joshua M. Dickey, Esq.<br>Paul C. Williams, Esq.<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>JBailey@BaileyKennedy.com<br>JDickey@BaileyKennedy.com<br>PWilliams@BaileyKennedy.com<br>*Attorneys for Defendants SmartCareOS, LLC, Smart Tuition Holdings, LLC and Lyrical Partners, L.P.* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2017