1  JOHN R. BAILEY
   Nevada Bar No. 0137
2  JOSHUA M. DICKEY
   Nevada Bar No. 6621
3  PAUL C. WILLIAMS
   Nevada Bar No. 12524
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
6  Facsimile:  702.562.8821
   JBailey@BaileyKennedy.com
7  JDickey@BaileyKennedy.com
   PWilliams@BaileyKennedy.com

*Attorneys for Defendants SmartCareOS, LLC; Smart Tuition Holdings, LLC; and Lyrical Partners, L.P.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW GOLDBERGER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SMARTCAREOS, LLC, a Delaware limited liability company; SMART TUITION HOLDINGS, LLC, a Delaware limited liability company; LYRICAL PARTNERS, L.P., a Delaware limited partnership; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01884-RFB-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR JURISDICTIONAL DISCOVERY (APPLICABLE TO LYRICAL PARTNERS, L.P.) AND DEADLINE TO RENEW MOTION TO DISMISS OR RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Andrew Goldberger ("Plaintiff") and Defendants SmartCareOS, LLC ("SmartCare"); Smart Tuition Holdings, LLC ("Smart Tuition"); and Lyrical Partners, L.P. ("Lyrical") (collectively, the "Parties"), through their undersigned counsel, as follows:

1. Pursuant to the Court's Order on Defendants Motion to Dismiss and the Parties' Jurisdictional Discovery Plan and Scheduling Order (Applicable to Lyrical Partners, L.P.) [ECF No. 40] ("Jurisdictional Discovery Plan"), Plaintiff's deadline to complete jurisdictional discovery is September 21, 2017.  Following the jurisdictional discovery cutoff, Lyrical may renew its Motion to

1 Dismiss Plaintiff's claims against Lyrical for lack of jurisdiction by October 2, 2017. If Lyrical chooses not to renew its Motion to Dismiss, its Answer to the Complaint is due by October 2, 2017.

2. Plaintiff and Lyrical have engaged in written discovery concerning jurisdictional matters, Plaintiff desires to take approximately seven depositions concerning discovery. Some of those depositions will occur out of state (i.e. in New York) and at least one witness will be traveling from out of state to Nevada.

3. The Parties have agreed to extend the jurisdictional discovery deadline from September 21, 2017, until October 5, 2017. Likewise, the Parties have agreed to extend the related deadline for Lyrical Partners, L.P. to renew its Motion to Dismiss or to file an Answer from October 2, 2017 to October 16, 2017.

4. The Parties submit that good cause exists for the extension. A number of depositions will occur out of state and at least one witness will be traveling from out of state to Nevada for deposition. The Parties are seeking to group the depositions to eliminate excess travel. However, due to existing schedules of the deponents and counsel, the depositions cannot be completed by September 21, 2017. The Parties have discussed and identified available dates and therefore have requested only a two week extension.

DATED this 3st day of August, 2017.

BAILEY✜KENNEDY

By: /s/ Joshua M. Dickey
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148
*Attorneys for Defendants SmartCareOS, LLC; Smart Tuition Holdings, LLC; and Lyrical Partners, L.P.*

DATED this 31st day of August, 2017.

MCDONALD CARANO WILSON LLP

BY: /s/ Aaron D. Shipley
    AARON D. SHIPLEY
    RORY T. KAY
    2300 West Sahara Avenue
    Suite 1200
    Las Vegas, Nevada 89102
*Attorneys for Plaintiff Andrew Goldberger*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 31, 2017.