# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW GOLDBERGER, | |
| Plaintiff(s), | Case No. 2:16-cv-01884-RFB-NJK |
| vs. | ORDER |
| SMARTCAREOS, LLC, et al., | (Docket No. 52) |
| Defendant(s). | |

Pending before the Court is Defendants' motion to seal. Docket No. 52. Defendants submit that certain portions of the exhibit at Docket No. 50-3 should be redacted to maintain the confidentiality of settlement information. *Id* at 3. Defendants' exhibit includes a statement of the settlement amount and other financial information related to the settlement. Docket No. 51-3 at 3. In compliance with the Court's Local Rules, Defendants filed an unredacted version of the exhibit under seal. Docket No. 51.

Parties "who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Those compelling reasons must outweigh the competing interests of the public in having access to the judicial records and understanding the judicial process. *Id.* at 1178-79. In this case, the Court finds that compelling reasons exist to support the requested redactions.

//

//

Accordingly, the motion to seal is **GRANTED**. Docket No. 52. The exhibit at Docket No. 50-3 shall remain redacted. The filing at Docket No. 51 shall remain under seal.

IT IS SO ORDERED.

DATED: March 12, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge