UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREW GOLDBERGER,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>SMARTCARE OS, LLC., *et al.*,<br><br>　　　　　　　　Defendant's. | Case No. 2:16-cv-01884-RFB-NJK<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 59) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered April 20, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 4, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1

IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 59) is ACCEPTED and ADOPTED in full.

IT IS FURTHER ORDERED that Defendants' Motion to Enforce the Settlement Agreement (ECF No. 50) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is ordered to stipulate to the dismissal of the instant action with prejudice and to stipulate to dismiss with prejudice Defendant Lyrical.

DATED this 23rd day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE